# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ANTHONY KHAN SKINNER,**
**#256773,**

    **Plaintiff,**

vs.                                       Case No. 4:19cv52-MW/CAS

**TALLAHASSEE DEMOCRAT,**
**and KARL ETTERS,**

    **Defendant.**
_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, initiated this civil rights case by filing a complaint, ECF No. 1, and motion for in forma pauperis status, ECF No. 2. Plaintiff's motion was insufficient as filed, and thereafter, Plaintiff failed to comply with an Order directing him to submit an amended in forma pauperis motion. The undersigned issued a Report and Recommendation in April 2019, ECF No. 7, but thereafter, Plaintiff filed an amended in forma pauperis motion. ECF No. 8. Because Plaintiff demonstrated his intent to proceed with this case, the Report and Recommendation, ECF No. 7, was vacated and Plaintiff was assessed an initial partial filing fee. ECF No. 9.

Notably, an in forma pauperis Order is sent to the Plaintiff and to the agency having custody of the Plaintiff. It appears that the agency received the Order because the assessed initial partial filing fee was paid. ECF No. 10. However, Plaintiff's copy of that Order was returned to the Court as undeliverable. ECF No. 11. It appears that Plaintiff was subsequently released from the Leon County Detention Center. Plaintiff has not, however, provided this Court with information concerning his address upon release. Nothing further has been received from Plaintiff since he submitted his amended in forma pauperis motion in late April 2019. ECF No. 8. Because this case cannot continue if court orders cannot reach Plaintiff, and because Plaintiff has apparently abandoned this litigation, it is recommended that his case be dismissed without prejudice.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on October 8, 2019.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.