**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ANTHONY KHAN SKINNER,
#256773,**

       **Plaintiff,**

**v.**                           **Case No.  4:19cv52-MW/CAS**

**TALLAHASSEE DEMOCRAT
and
KARL ETTERS,**

       **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING
<u>REPORT AND RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate Judge's Report and

Recommendation.  ECF No. 12.  Upon consideration, no objections having been filed by

the parties,[1]

     **IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to

prosecute."  The Clerk shall also close the file.

     **SO ORDERED on November 7, 2019.**

                         **<u>s/Mark E. Walker</u>**
                         **Chief United States District Judge**

---

[1] Plaintiff has failed to keep the Clerk advised of his present mailing address as evidenced by returned mail. ECF No. 11.